**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ROBERT WILHELM,<br><br>Plaintiff,<br><br>v.<br><br>CHARAH SOLUTIONS, INC., ROBERT DECENSI, JONATHAN BATARSEH, JACK A. BLOSSMAN, JR., MIGNON CLYBURN, ROBERT C. FLEXON, TIMOTHY J. POCHÉ, TIMOTHY ALAN SIMON, MARK SPENDER, BILL VARNER, JR., and DENNIS WHALEN,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:23-cv-00661-RGA<br><br>JURY TRIAL DEMANDED |

**<u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL</u>**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: July 21, 2023

**LONG LAW, LLC**

By: */s/ Brian D. Long*

Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*